**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2155**

MILTON MCCRAY,

Plaintiff - Appellant,

versus

JUDGE RICHARD BENNETT; SUSQUEHANNA BANK;
MCGUIRE WOODS LLP; GORDON, FEINBLATT, ROTHMAN,
HOFFBERGER AND HOLLANDER, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (1:06-
cv-02182-JFM)

Submitted:  April 26, 2007          Decided:  April 30, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milton McCray, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton McCray appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCray v. Bennett, No. 1:06-cv-02182-JFM (D. Md. Aug. 30, 2006). We deny McCray's motion to enforce his rights and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED